In the Matter of the Final Judicial Settlement of the Accounts of ALONZO REED, as Committee of ANNA L. KNAPP, a Lunatic, Deceased, Appellant.

HELEN C. McCLAIN, as Administratrix of ANNA L. KNAPP, Deceased, Respondent.

*Matter of Reed*, 22 App. Div. 328, affirmed.
(Argued October 19, 1899; decided November 21, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 15, 1897, reversing a decree of the County Court of Ulster county on the final accounting of the committee of a lunatic.

*Howard Chipp* for appellant.

*John D. Eckert* for respondent.

Order affirmed, with costs; no opinion.
All concur.

---

ELSIE B. LINTHICUM, Respondent, *v.* CAROLINE G. CASWELL, as Executrix of HORACE T. CASWELL, Deceased, Appellant.

*Linthicum* v. *Caswell*, 19 App. Div. 541, affirmed.
(Argued October 19, 1899; decided November 21, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 27, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived.

*John J. Linson* for appellant.

*Charles F. Cantine* and *P. Cantine* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.